UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC L.,<br>    Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 4:22-CV-2045 |
| v. | ) <br> ) <br> ) | (ARBUCKLE, M.J.) |
| MARTIN O'MALLEY,<br>    Defendant | ) <br> ) | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The final decision of the Commissioner is AFFIRMED.

(2) The Clerk of Court is directed to CLOSE this case.

Date: October 21, 2024

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge